# MASTER EXHIBIT LIST

| EHIBIT NO. | DOCUMENT | DATE | BEG PAGE | END PAGE | NOTE |
|---|---|---|---|---|---|
| ML-1 | Indictment for Gillis and Wishner | 12/16/2014 | 2 | 18 | |
| ML-2 | Exhibit Cover | 00/00/0000 | 19 | 19 | |
| ML-2 GILLIS JUDGEMENT | USDC Judgment and Probation/Commitment Order | 11/16/2015 | 20 | 26 | |
| ML-2 WHISHNER JUDGEMENT | USDC Judgment and Probation/Commitment Order | 11/16/2015 | 27 | 33 | |
| ML-3 | Investor Package ($19,800) | 00/00/2014 | 34 | 44 | |
| ML-4 | Investor Package ($12,000) | 00/00/2014 | 45 | 55 | |
| ML-5 | Investor Summary Report (Bribet) | 01/01/2011-07/01/2014 | 56 | 185 | |
| ML-6 | Investor File – (Brian Fitzwilliam/Bribet Services) | 11/25/2006-09/13/2010 | 186 | 222 | |
| ML-7 | NASI check to Bribet for $240,000 | 10/30/2009 | 223 | 224 | |
| ML-8.1-8.3 | Exhibits Cover | 00/00/0000 | 225 | 225 | |
| ML-8.1 | General Account #4410 | 06/01/2009 | 226 | 231 | |
| ML-8.1 | General Account #4410 | 06/01/2010 | 232 | 235 | |
| L-8.1 | General Account #4410 | 06/01/2011 | 236 | 239 | |
| ML-8.1 | General Account #4410 | 06/01/2012 | 240 | 244 | |
| ML-8.1 | General Account #4410 | 06/01/2013 | 245 | 249 | |
| ML-8.1 | General Account #4410 | 06/01/2014 | 250 | 255 | |
| ML-8.2 | Investors Account #4399 | 06/01/2009 | 256 | 309 | Includes Checks |
| ML-8.2 | Investors Account #4399 | 06/01/2010 | 310 | 337 | |
| ML-8.2 | Investors Account #4399 | 06/01/2011 | 338 | 370 | |
| ML-8.2 | Investors Account #4399 | 06/01/2012 | 371 | 410 | |
| ML-8.2 | Investors Account #4399 | 06/01/2013 | 411 | 424 | |
| ML-8.2 | Investors Account #4399 | 06/01/2014 | 425 | 441 | |
| ML-8.3 | Locations Account #4402 | 06/01/2009 | 442 | 460 | Includes Checks |
| ML-8.3 | Locations Account #4402 | 06/01/2010 | 461 | 470 | |
| ML-8.3 | Locations Account #4402 | 06/01/2011 | 471 | 480 | |
| ML-8.3 | Locations Account #4402 | 06/01/2012 | 481 | 485 | |
| ML-8.3 | Locations Account #4402 | 06/01/2013 | 468 | 490 | |
| ML-8.3 | Locations Account #4402 | 06/01/2014 | 491 | 495 | |
| ML-9 | CNB Overdraft Advice (July 2006-August 2014) | 8/28/2014 | 496 | 675 | Reverse Chron |

2856300v1

| | | | | | |
|---|---|---|---|---|---|
| L-10 | Emails to/from Wishner and Gillis and CNB | 01/2010-08/2014 | 676 | 722 | |
| ML-10 | Emails to/from Gillis and CNB | 5/2010-08/2014 | 723 | 798 | |
| ML-11 | Check from S&J Agreement of Trust, Gensar Saleh TTE to NASI for $120,000 | 6/30/2009 | 799 | 800 | |
| ML-12 | Deposit slip for the $120,000 Gensar Check with highlights | 7/09/2009 | 801 | 802 | |
| ML-13 | Two checks from NASI to S&J Agreement of Trust (2/28/2012)and Gensar Saleh (8/6/2014) | 2/28/2012 + 8/6/2014 | 803 | 804 | |
| ML-14 | Checks from NASI to Bribet Services (Brian and Betty Fitzwilliam's company) | 2006-2014 | 805 | 833 | |
| ML-15 | Receiver's Reconciling of Payments to Brian and Betty Fitzwilliam and Gensar Saleh | | 834 | 837 | |
| ML-16 | Comfort Letter "To Whom It May Concern" from Brian Fitzwilliam at CNB re NASI Account balances over $4,000,000 | 2/14/2012 | 838 | 839 | |
| ML-17 | Comfort Letter to Alex Benger at GXG Markets From Brian Fitzwilliam re NASI average balances in excess of $3,600,000 | 7/19/2013 | 840 | 841 | |
| ML-18 | Email string re Compliance due on NASI | 5/19/2010 | 842 | 847 | |
| ML-19 | Checks and deposit slips from NASI to Fuel Doctor | 5/2009-6/2014 | 848 | 964 | |
| ML-20 | Emails from Fitzwilliam re Fuel Doctor accounts | 2010-2012 | 965 | 976 | |
| ML-21 | Email from Fitzwilliam with draft letter for Gillis and Wishner's removal from Fuel Doctor accounts #5639 and #3054 | 11/14/2012 | 977 | 978 | |
| ML-22 | SEC Subpoena to NASI | 6/17/2014 | 979 | 1001 | |
| ML-23 | NASI #4410 Account Statements July and August 2014 | 7/2014 + 8/2014 | 1002 | 1031 | With checks |
| ML-24 | Account closing emails from Fitzwilliam to Gillis and Wishner. | 8/22/2014 | 1032 | 1034 | |
| ML-25 | Letters from NASI to All Investors | 3/2002-8/2014 | 1035 | 1067 | |
| ML-26 | September 21, 2009, Wall Street Journal, Article on ATM Ponzi Scheme | 9/21/2009 | 1068 | 1070 | |
| ML-27 | NASI Account Summary Statements faxed from CNB to NASI (All 3 accounts) | June 2012 | 1071 | 1099 | 3 Parts (27.1, 27.2 & 27.3) |
| ML-28 | Copies of Cashed/Deposited Checks showing | | 1100 | 1224 | |

2856300v1

2

|       | Brian's mark                                                                                                       |            |      |      |   |
|-------|--------------------------------------------------------------------------------------------------------------------|------------|------|------|---|
| L-29  | City National Bank Statement - - General Account with checks for Nov. '06, Aug. '08 (also $5 million lost) Apr. '09, Nov. '11, Mar. '12, Dec. '13 |            | 1225 | 1268 |   |
| ML-30 | Example of text between Soffa & Fitzwilliam                                                                        | 10/29/2014 | 1269 | 1270 |   |
| ML-31 | Email from Cheryl at Best Buy attaching CNB letter                                                                 | 12/15/2009 | 1271 | 1273 |   |
| ML-32 | Email from FSW's Barrett to Fitzwilliam Re Fuel Doctor Funding and Wire Confirmation                               | 06/22/2011 | 1274 | 1277 |   |
| ML-33 | Letter from FitzWilliam to Ian Craig (Aus. Exchange) Promoting Nationwide Automated Syst.                          | 04/22/2014 | 1278 | 1280 |   |
| ML-34 | Email from Wishner to Solero Re Revised Labels with Labels attached (shows Fitzwilliam)                            | 12/11/2013 | 1281 | 1283 |   |
| ML-35 | Investor Summary for Bribet Services December 2013 to July 2014 (April omitted)                                    |            | 1284 | 1292 |   |
| ML-36 | NSA Cancelled Checks to clients for June-August 2014 (Bribet rent)                                                 |            | 1293 | 1296 |   |
| ML-37 | Email from Gron to Soffa Re Address Changes to remove Fitzwilliam                                                  | 01/30/2014 | 1297 | 1298 |   |
| ML-38 | List of Labels with Bribet Services Circled showing Fitzwilliam's name has been removed                            |            | 1299 | 1300 |   |
| ML-39 | Various Emails showing Fitzwilliam providing substantial assistance to NASI and Fuel Doctor                        |            | 1301 | 1324 |   |