**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS B. WILINSKY, Trustee of the JENNIFER WYNNE REEVES TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY NATIONAL BANK, N.A., a national banking association, and DOES 1 through 10, inclusive, <br><br> Defendants. | Civil Action No. 17-cv-07463 JGK <br><br> **Stipulation of Dismissal** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, and that no party is an infant or incompetent, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in this action (including claims and cross-claims) are hereby dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs,

Respectfully submitted,

Dated:  July 8, 2019

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By:_____
        Michael S. Devorkin
        Leron Thumim

711 Third Avenue, 17th Floor
New York, New York 10017
(T) (212) 907-7300
(F) (212) 754-0330

*Attorneys for Plaintiffs*

-1-

3259606.1

-2-

Dated:  July 8, 2019

MCKOOL SMITH, P.C.

By: *Jeanne E. Irving*
Jeanne E. Irving
(*pro hac vice*)

*by Mark Swed int authority of Jeanne Irving*

jirving@mckoolsmithhennigan.com
300 South Grand Avenue Suite 2900
Los Angeles, CA 90071
T: (213) 694-1200; F: (213) 694-1234

Daniel W. Levy

dlevy@mckoolsmith.com
One Bryant Park
New York, NY 10036
T (212) 402-9412
F (212)402.9444

*Attorneys for Defendant City National Bank*

3259606.1